NUMBER
13-01-458-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

JESSE ELEAZAR HERNANDEZ,                                               Appellant,

 

                                                   v.

 

FROST NATIONAL BANK, ET AL.,                                          Appellees.

___________________________________________________________________

 

                        On
appeal from the 206th District Court

                                  of Hidalgo County, Texas.

__________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

 








Appellant, Jesse Eleazar Hernandez, perfected an appeal from a
judgment entered by the 206th District Court of Hidalgo County, Texas, in cause
number C-396-01-D.  On December 3, 2001,
this Court marked appellant=s brief Areceived.@  However, because the brief did not comply
with rule 38.1 of the Texas Rules of Appellate Procedure, we advised appellant
it would be necessary for him to file an amended brief within ten days.  See Tex.
R. App. P. 38.1.  Appellant timely
tendered his amended brief on December 14, 2001; however, this brief also
failed to comply with the rules of appellate procedure.  See id.  Appellant was again advised that his brief
failed to comply with Tex. R. App. P.
38.1, and was advised that it would be necessary for him to file an amended
brief.  Appellant tendered an amended
brief on March 14, 2002; however, this brief also failed to comply with the
rules of appellate procedure.  On May 7,
2002, appellant was further advised in accordance with Texas Rule of Appellate
Procedure 42.3 that, if a proper appellate brief was not filed by May 22, 2002,
the appeal would be dismissed for failure to comply with the rules of appellate
procedure and this court=s order.  See Tex.
R. App. P. 42.3.  Appellant failed
to tender a proper brief by May 22, 2002.

Accordingly, the Court, having considered the documents on file and
appellant=s failure to file a
proper appellate brief, is of the opinion that the appeal should be
dismissed.  The appeal is hereby
dismissed.

 

PER
CURIAM

Do not
publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed

this 27th day of June,
2002.